Claude S. BURTNETTE, Jr., Bankrupt, Appellant,

v.

MT. VERNON NATIONAL BANK AND TRUST COMPANY, and Security National Bank, Appellees.

No. 12242.

United States Court of Appeals Fourth Circuit.

Argued June 20, 1968.

Decided June 24, 1968.

R. J. Lillard, Fairfax, Va. (McCandlish, Lillard & Marsh, Fairfax, Va., on brief), for appellant.

Harold O. Miller, Falls Church, Va., (Harrell & Mutchler, Falls Church, Va., on brief), for appellees.

Before BOREMAN, BRYAN and CRAVEN, Circuit Judges.

PER CURIAM:

Appellant, Burtnette, appeals from an order sustaining the objections of certain bank creditors to his discharge in bankruptcy.

Upon consideration of the briefs and arguments of counsel and the record on appeal, we conclude that the appeal is without merit. Therefore, the judgment order, denying bankrupt's discharge, entered by the district court upon review of the referee's reported findings of fact and conclusions of law is

Affirmed.

■

Gilbert SPRINGER, Appellant,

v.

UNITED ENGINEERS AND CONSTRUCTORS, INC. (Defendant and Third-party plaintiff),

v.

BABCOCK & WILCOX COMPANY, a corporation (Third-party defendant).

No. 16975.

United States Court of Appeals Third Circuit.

Argued June 20, 1968.

Decided July 8, 1968.

John E. Evans, Jr., Evans, Ivory & Evans, Pittsburgh, Pa., for appellant.

Donald W. Bebenek, Meyer, Darragh, Buckler, Bebenek & Eck, Pittsburgh, Pa. (Joseph A. DelSole, Pittsburgh, Pa., on the brief), for appellee.

OPINION OF THE COURT

Before KALODNER, VAN DUSEN, Circuit Judges, and WRIGHT, District Judge.

PER CURIAM:

In the instant action for recovery of damages for personal injuries, the District Court entered an Order granting the motion for summary judgment of the defendant United Engineers and Contractors, Inc., pursuant to its finding that defendant was a "statutory employer" under the Pennsylvania Workmen's Compensation Act, 77 P.S. § 52, and was accordingly exempt from common law tort liability.

On review of the record we find no error. The Order of the District Court will be affirmed for the reasons so well stated in the opinion of Judge Dumbauld, 272 F.Supp. 833 (W.D.Pa.1967).